UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ABD EL SALLAM AWDATALLA,<br><br>　　　Defendant. | ) CASE NO. MJ20-491<br>)<br>)<br>)<br>) DETENTION ORDER<br>)<br>)<br>) |

Offenses charged:

1. Possession of a controlled substance with intent to distribute.

2. Possession of a firearm in furtherance of a drug trafficking crime.

Date of Detention Hearing:   June 24, 2021.

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years, and with possession of a firearm in furtherance of a drug trafficking crime. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e). Defendant has a significant and recent criminal record including convictions for robbery in the second degree and assault in the third degree, reckless driving, theft in the third degree, and felony harassment. These crimes all involved violence by the defendant or his associates. He has absconded twice from supervision, and many of his convictions occurred while under supervision. The current allegation involves carrying a firearm during drug trafficking.

2. Defendant poses a risk of flight based on absconding from prior supervision. He has a history of noncompliance and criminal activity while under supervision. Defendant also has a history of mental health issues and substance abuse. Defendant is a danger to the community because of his reoccurring history of criminal conduct involving violence and background of noncompliance and charges of criminal activity while under supervision. Defendant allegedly committed the current offense just a few months after terminating supervision on a prior matter.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney

General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 24th day of June, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge