THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-111JLR |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO |
| ABD EL SALLAM AWDATALLA, | |
| Defendant. | |

THE COURT has considered Abd Awdatalla's unopposed motion to proceed with guilty plea hearing by video, along with the relevant records in this case.

THE COURT FINDS that a video guilty plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* General Order W.D. Wash. 04-20 (3/30/20); *see also* General Orders W.D. Wash. 14-21, 03-22.

THE COURT ORDERS that a guilty plea hearing be scheduled by video on March 2, 2022, at 11:00 a.m. before Magistrate Judge S. Kate Vaughn.

DONE this 1st day of March 2022.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara D. Brin*
Assistant Federal Public Defender
Attorney for Abd Awdatalla

ORDER TO PROCEED WITH
GUILTY PLEA HEARING BY VIDEO
(*United States v. Awdatalla*, CR21-111JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100